

**CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT**

FOR THE <u>Alaska district court</u> DISTRICT OF <u>alaska</u>
(Name of District)               (State In Which Court Is Located)

<u>Yolanda Triplett</u> )   Miscellaneous No.
(Your Name) )   (Will be filled in by
                                   )   Court Clerk)
                                   )
                Movant )
                                   )   MOTION FOR ORDER PURSUANT
                V. )   TO CUSTOMER CHALLENGE
                                   )   PROVISIONS OF THE RIGHT TO
Department of Defense )   FINANCIAL PRIVACY ACT
                                   )   OF 1978.
                Respondent )

<u>Yolanda Triplett</u> hereby move this Court pursuant to
(Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking, access is the Department of Defense.

My financial records are held by <u>Harvest Small Business Finance, LLC</u>
                                                           (Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

<u>/s/ Yolanda Triplett</u>
(Your Signature)

<u>2405 Sundog Court Unit A</u>
(Your Address)

<u>734-369-1649</u>
(Your Telephone Number)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

# CERTIFICATE OF SERVICE

I have mailed or delivered a copy of this motion and the attached sworn statement to

Inspector General of Department of Defense on August 19 2025
C
_____.
(name of the office listed in item 2 of customer notice)   (month, day)   (year)

_____
(your signature)

c/o DoD IG Subpoena Program Office, 4800 mark Center drive, Suite 09A27, West Tower, Alexandria, VA 22350-1500

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410