**CUSTOMER'S SWORN STATEMENT FOR FILING A CHALLENGE IN THE UNITED STATES DISTRICT COURT**

FOR THE **Federal blg and U.S courthouse Alaska district court** DISTRICT OF **Alaska**
(Name of District) (State In Which Court Is Located)

| | |
|---|---|
| **Yolanda Triplett** (Customer's Name) ) | Miscellaneous No. _____ (Will be filled in by Court Clerk) |
| Movant ) | |
| V. ) | **SWORN STATEMENT OF MOVANT** |
| Department of Defense ) | FINANCIAL PRIVACY ACT OF 1978 |
| Respondent ) | |

I, **Yolanda Triplett**, ((am presently)/was previously) a customer of
(Customer's Name) (Show One)

**Harvest Small Business Finance, LLC**, and I am the customer whose records are
(Name of Financial Institution)

being requested by the Government.

The financial records sought by the Department of Defense are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because **There is no lawful inquiry stated & I have a lawful business**, or should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that _____

or should not be disclosed on the following other legal basis: **I am entitled to Fourth Amendment protections against unlawful searches and seizures. The Government must show that there is probable cause that evidence of a crime exists in the place to be searched. The bald claim that I am suspected of an offense fails to meet that burden. If there is probable cause, and the Government can articulate how, I am happy to cooperate and provide documentation**

I declare under penalty of perjury that the foregoing is true and correct.

**August 18, 2025**
(Month) (Day) (Year)

_____
(Customer's Signature)

Right to Financial Privacy Act, Title 12 United States Code, Section 3410

Case 4:25-mc-00001-SLG    Document 1-1    Filed 08/19/25    Page 1 of 1